UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

  -v-                                                      No.   23-CR-407-LTS

AHMED ALTOREI, and SAMUEL
BAUTISTA,

        Defendants.

-------------------------------------------------------x

## ORDER

The initial pretrial conference for both defendants, followed by a bail hearing for Mr. Bautista, is scheduled to proceed on **Friday, September 8, 2023, at 11:00 am** in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
          September 6, 2023

                                                                                   __/s/ Laura Taylor Swain_____
                                                                                      LAURA TAYLOR SWAIN
                                                                                      Chief United States District Judge