**LAW OFFICES**

**LAZZARO LAW FIRM, P.C.**

360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO  
RANDALL LAZZARO *  
———————————  
JAMES KILDUFF *  
JAMES KIRSHNER  
ROGER GREENBERG  

\* ADMITTED IN NY & NJ

# MEMO ENDORSED

October 19, 2023

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

> The below request is granted. A bail hearing in this case is scheduled to proceed on November 1, 2023, at 3:30 PM in Courtroom 17C. DE 22 is resolved. SO ORDERED.
> October 24, 2023
> /s/ Laura Taylor Swain, Chief USDJ

**Re:   United States v. Ahmed Altorei**
      **Case No.: 23 CR 407**

Dear Justice Swain:

Please be advised that I represent Ahmed Alotrei with regard to the above-referenced case. I am asking this Court for an opportunity to make a bail application, during which I will propose the following bail package. I am proposing a $250,000.00 bond, backed by six suretors who are all employed. Furthermore, Mr. Altorei will consent to home confinement with monitoring by pre-trial services. I can provide your Honor with a copy of their financial documents.
.

- Ahmed Hassan (family friend) who works for Alabama Chicken Corp and makes $24,000
- Obaid Karim (friend) who works for employer is City of New York and makes $90,000
- Katherine Llanos (mother of Ahmed's daughter) who works for Panda Restaurant Group and makes $24,000
- Jasmine Ramirez (friend) who works for FSO Security Management and makes $18,000
- Akram Hauter (friend) who works for Alaatin Corp and makes $72,000
- Imam Rabbani (friend) who works for AMG and makes $46,000

Please allow me to make the above-discussed bail application on Wednesday, October 25, 2023 at approximately 10:00 a.m. AUSA Thomas Wright is aware of my desire to make a bail application. However, he is opposed to my request herein.

BY:     /s/     
      LANCE LAZZARO

cc.:   AUSA Thomas Wright via ECF