

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 15, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniel*
George B. Daniels, U.S.D.J.

Dated: DEC 1 5 2025

Re:   *United States v. Ahmed Altorei*, S1 23 CR 407 (GBD)

Dear Judge Daniels:

The Government and defendant Ahmed Altorei jointly write to inform the Court that the parties have reached a pretrial disposition in the above-referenced matter. The parties therefore respectfully request that the Court schedule a change-of-plea hearing. The parties understand that the Court is available on Wednesday, December 17, 2025, at 2:00 p.m., which date and time work for the parties.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: Michael R Herman
Michael R. Herman
Timothy Ly
Thomas John Wright
Assistant United States Attorneys
(212) 637-2221 / 1062 / 2295

cc:   All counsel of record (by ECF)

1