**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

          -against-

AHMED ALTOREI,

              Defendant.

------------------------------------x

<table>
<tr><td>:</td><td></td></tr>
<tr><td>:</td><td>ORDER</td></tr>
<tr><td>:</td><td>23 Crim. 00407 (GBD)</td></tr>
</table>

GEORGE B. DANIELS, United States District Judge:

The change-of-plea hearing previously scheduled for December 17, 2025, having been

continued, is hereby scheduled for January 7, 2026, at 9:45 a.m.

Dated:  December 18, 2025
       New York, New York

                                SO ORDERED.

                                *George B. Daniels*
                                GEORGE B. DANIELS
                                United States District Judge