**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 29, 2026

**By ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*George B. Daniels*
**George B. Daniels, U.S.D.J.**

Dated: **FEB 0 2 2026**

    **Re:**    ***United States v. Ahmed Altorei*, S1 23 CR 407 (GBD)**

Dear Judge Daniels,

    The Government writes respectfully on behalf of the parties, including both retained counsel and standby counsel to Defendant Ahmed Altorei, to request an extension of the date by which the parties must submit their individual letters or joint letter concerning the nature of the conflict of interest that they perceive in the continued representation of retained counsel from January 29, 2026 to February 2, 2026, an extension that the parties are optimistic will allow them to submit a joint letter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: *Thomas John Wright*

    Michael R. Herman
    Timothy Ly
    Thomas John Wright
    Assistant United States Attorneys
    (212) 637-2221 / 1062 / 2295

cc: Lance Lazzaro, Esq. (retained counsel) (By ECF)
    Gary Kaufman, Esq. (standby counsel) (By Email)