Case 1:23-cr-00407-GBD Document 171 Filed 09/08/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 8, 2026

**By ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**
George B. Daniels
George B. Daniels, U.S.D.J.
Dated: SEP 08 2026

**Re:** ***United States v. Ahmed Altorei*, S1 23 CR 407 (GBD)**

Dear Judge Daniels,

The Government writes on behalf of the parties to request respectfully that the Court adjourn today's appearance at 10:00 AM to Thursday, September 10, 2026 at 10:00 AM, a date and time that the parties understand is convenient to the Court. As the Government just confirmed for Chambers and Mr. Kaufman, the Government failed to update its production request for the defendant following the rescheduling of this appearance, for which the Government again apologizes to the Court and of course all concerned.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Thomas John Wright
Thomas John Wright
Assistant United States Attorneys
(212) 637-2221 / 1062 / 2295

cc: Gary M. Kaufman (Counsel to Defendant Ahmed Altorei) (By ECF)